

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00314-CV

---

JANA SHEPHERD, APPELLANT

V.

HELEN PAINTER & CO., CATHERINE TAYLOR, AMY DEFOREST, YOUNGER RANCH, LLC, SCOTT REAL ESTATE, INC., AND SHILA MANLEY, APPELLEES

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-295290-17, Honorable Megan Fahey, Presiding

---

November 15, 2022

## ORDER OF ABATEMENT AND REMAND

### Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Jana Shepherd, proceeding pro se, filed an affidavit of inability to pay costs in the trial court on January 4, 2022. *See* TEX. R. CIV. P. 145. On October 31, 2022, the court reporters having worked on this matter filed in the trial court their "Court Reporters' Motion to Require Payment of Costs" contesting Shepherd's claims of indigence. *See* TEX. R. CIV. P. 145(e). In connection with the ongoing contest, the court reporters have filed a request for extension of time in which to file the reporter's record in this Court.

From the court reporters' filings, we learn that the trial court is prepared to hear the contest to Shepherd's indigence, as required by Rule 145. To allay any question regarding the trial court's jurisdiction to address the controversy, we abate the appeal and remand the cause to the trial court to conduct the hearing on the court reporters' contest. *See* TEX. R. CIV. P. 145(f)(1). Upon remand, the trial court shall schedule an oral evidentiary hearing to determine whether Shepherd is indigent. Its decision and findings supporting that decision shall be included in a supplemental clerk's record, along with the reporter's record transcribing the hearing, and filed with the Clerk of this Court on or before December 19, 2022. Upon filing of the records, the cause will be reinstated. Finally, the deadline by which the court reporters must file any reporter's records other than that pertaining to the determination of Shepherd's status as an indigent are stayed until further order of this court.

IT IS SO ORDERED.

Per Curiam